UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:19-cv-02031-WFJ-TGW

MONY LIFE INSURANCE COMPANY f/k/a The Mutual Life Insurance Company of New York,

    *Plaintiff*,

v.

BERNARD R. PEREZ,

    *Defendant*.
_____/

BERNARD R. PEREZ,

    *Counter-Plaintiff,*

v.

MONY LIFE INSURANCE COMPANY; NEW ENGLAND CLAIMS ADMINISTRATION SERVICES, INC. d/b/a DISABILITY MANAGEMENT SERVICES, INC.,

    *Counter-Defendants*.
_____/

## **FINAL JUDGMENT**

    Pursuant to the verdict rendered in this action

    IT IS ADJUDGED that Plaintiff/Counter-Defendant, MONY LIFE INSURANCE COMPANY, c/o Davies Life & Health, Inc., 1500 Main Street, Suite

1400, Springfield, MA 01115-5189, recover from Defendant/Counter-Plaintiff, BERNARD R. PEREZ, 275 Bayshore Blvd., Unit 1205, Tampa, Florida 33606, Social Security Number XXX-XX-2711 ("PEREZ"), the sum of **$385,226.00** (Three Hundred Eighty-Five Thousand Two Hundred Twenty-Six Dollars and Zero Cents), prejudgment interest in the sum of **$63,704.06** (Sixty-Three Thousand Seven Hundred Four Dollars and Six Cents), making a total final judgment amount of **$448,930.06** (Four Hundred Forty-Eight Thousand Nine Hundred Thirty Dollars and Six Cents), that shall bear interest at the rate of 4.75% a year, for which let execution issue.

IT IS FURTHER ADJUDGED that Count I (Declaratory Judgment) of Plaintiff/Counter-Defendant MONY LIFE INSURANCE COMPANY's Third Amended Complaint [DE 159] is dismissed as moot.

IT IS FURTHER ADJUDGED that final judgment is hereby entered in favor of Plaintiff/Counter-Defendants MONY LIFE INSURANCE COMPANY and NEW ENGLAND CLAIMS ADMINISTRATION SERVICES, INC. d/b/a DISABILITY MANAGEMENT SERVICES, INC. n/k/a DAVIES LIFE & HEALTH, INC. and against PEREZ, and that PEREZ's counterclaim [DE 191] is dismissed with prejudice in its entirety, and Perez shall go hence without day.

The Court reserves jurisdiction to tax costs in favor of Plaintiff/Counter-Defendants.

So ORDERED on December 14, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE