UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:19-cv-02031-WFJ-TGW

MONY LIFE INSURANCE COMPANY f/k/a The Mutual Life Insurance Company of New York,

    *Plaintiff,*

v.

BERNARD R. PEREZ,

    *Defendant.*
_____/

BERNARD R. PEREZ,

    *Counter-Plaintiff,*

v.

MONY LIFE INSURANCE COMPANY; NEW ENGLAND CLAIMS ADMINISTRATION SERVICES, INC. d/b/a DISABILITY MANAGEMENT SERVICES, INC.,

    *Counter-Defendants.*
_____/

## ORDER VACATING GARNISHMENT JUDGMENTS, ORDERING RESTITUTION, AND PROVIDING OTHER RELIEF

**THIS CAUSE** comes before the Court on the Unopposed Motion for Relief from Garnishment Judgments (PEC and SOUTH STATE BANK, N.A.), Charging Order on

1

PEC Membership Interest, and for Restitution With Memorandum of Law in Support (Dkt. 549), filed by BERNARD R. PEREZ ("DR. PEREZ"), and the Court, having considered the vacation of the Final Judgment (Dkt. 426), in part, by the Court of Appeals and being otherwise fully advised in the premises,

**ORDERED AND ADJUDGED** that:

1. The motion (Dkt. 549) is **granted**.

2. The Final Judgment for Writ of Garnishment against Perez Eye Center, P.L. ("PEC") (Dkt. 537) is hereby **vacated**. The Clerk is directed to vacate same.

3. The Final Judgment for Writ of Garnishment against South State Bank, N.A. (Dkt. 538) is hereby **vacated**. The Clerk is directed to vacate same.

4. All writs of execution and garnishment previously issued on the final judgment in this action are hereby **dissolved**.

5. The Court's order granting MONY LIFE INSURANCE COMPANY's ("MONY") motion for a charging order against DR. PEREZ's interest in PEC (Dkt. 529) is hereby **vacated**. The Clerk is directed to vacate same.

6. MONY is directed to terminate and dissolve the judgment lien filing it previously made in Florida's judgment lien registry.

7. MONY is further directed to record a certified copy of the Amended Final Judgment in the official records of Hillsborough County, Florida, making specific reference to its prior recordations of the Final Judgment (Dkt. 426) that has now been vacated by the Court of Appeals.

8.     Within 30 days, MONY shall make restitution to DR. PEREZ for all amounts MONY collected on the final judgment, with interest from the date of collection at 4.75%, with payment to be made to Bernard R. Perez, c/o Timothy W. Weber, Esq., 5453 Central Ave., St. Petersburg, FL 33710. The Court reserves jurisdiction to enforce this award.

9.     The Court will enter an Amended Final Judgment separately. The Clerk is directed **to vacate** the Final Judgment at docket 426.

So **ORDERED** on October 16, 2025.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**