UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:19-cv-02031-WFJ-TGW

MONY LIFE INSURANCE COMPANY f/k/a The Mutual Life Insurance Company of New York,

    *Plaintiff,*

v.

BERNARD R. PEREZ,

    *Defendant.*
_____/

BERNARD R. PEREZ,

    *Counter-Plaintiff,*

v.

MONY LIFE INSURANCE COMPANY; NEW ENGLAND CLAIMS ADMINISTRATION SERVICES, INC. d/b/a DISABILITY MANAGEMENT SERVICES, INC.,

    *Counter-Defendants.*
_____/

## ORDER DIRECTING ENTRY OF AMENDED FINAL JUDGMENT

**THIS CAUSE** comes before the Court on remand from the Eleventh Circuit Court of Appeals. (Dkt. 545). The Eleventh Circuit has vacated this Court's Final Judgment, dated December 14, 2022 and entered following a jury trial (Dkt. 426), in

1

part and affirmed it in part, and it has remanded the case. (Dkt. 545). The Eleventh Circuit's judgment has now issued as the mandate of the court. (Dkt. 546).

**ACCORDINGLY, IT IS HEREBY ORDERED** that the **Clerk is directed to enter an amended final judgment**:

1. In favor of BERNARD R. PEREZ ("DR. PEREZ") and against MONY LIFE INSURANCE COMPANY ("MONY") on all claims for relief set forth in the Third Amended Complaint. MONY shall take nothing by this action, and DR. PEREZ shall go hence without day; and

2. In favor of MONY and NEW ENGLAND CLAIMS ADMINISTRATION SERVICES, INC. d/b/a DISABILITY MANAGEMENT SERVICES, INC. n/k/a DAVIES LIFE & HEALTH, INC. ("DMS") and against DR. PEREZ on all claims for relief in DR. PEREZ's counterclaims. DR. PEREZ shall take nothing by this action, and MONY and DMS shall go hence without day.

So **ORDERED** on October 16, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE